FILED

2005 MAY 27  A 10: 24

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
DEPUTY

1  SHEILA M. SALOMON (SBN 164619)
   ANDREW L. CHANG (SBN 222309)
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:   (415) 544-1900
4  Facsimile:   (415) 391-0281
   ssalomon@shb.com
5  achang@shb.com

6  Attorneys for Plaintiffs
   ARISTA RECORDS LLC; CAPITOL RECORDS, INC.;
7  VIRGIN RECORDS AMERICA, INC.; SONY BMG
   MUSIC ENTERTAINMENT; INTERSCOPE RECORDS;
8  UMG RECORDINGS, INC.; ELEKTRA
   ENTERTAINMENT GROUP INC.; and WARNER BROS.
9  RECORDS INC.

10                UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                    FRESNO DIVISION

13  ARISTA RECORDS LLC, a Delaware limited          CASE NO. 05-CV-00682 AWI LJO
    liability company; CAPITOL RECORDS,
14  INC., a Delaware corporation; VIRGIN            [PROPOSED] ORDER GRANTING
    RECORDS AMERICA, INC., a California             PLAINTIFFS' EX PARTE APPLICATION
15  corporation; SONY BMG MUSIC                     FOR LEAVE TO TAKE IMMEDIATE
    ENTERTAINMENT, a Delaware general               DISCOVERY
16  partnership; INTERSCOPE RECORDS, a
    California general partnership; UMG
17  RECORDINGS, INC., a Delaware
    corporation; ELEKTRA ENTERTAINMENT
18  GROUP INC., a Delaware corporation; and
    WARNER BROS. RECORDS INC., a
19  Delaware corporation,

20          Plaintiffs,

21      vs.

22  DOES 1-4,

23          Defendants.

24
            Upon the Ex Parte Application of Plaintiffs for Leave to Take Immediate
25
    Discovery, the Declaration of Jonathan Whitehead and the exhibit thereto, the Declaration of
26
    Sheila M. Salomon, and Plaintiffs' Request for Judicial Notice, it is hereby:
27

28

1

1    ORDERED that Plaintiffs may serve immediate discovery on the University of

2  California at Davis to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena

3  that seeks information sufficient to identify each Doe Defendant, including the name, address,

4  telephone number, e-mail address, and Media Access Control addresses for each Defendant.

5

6    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in

7  response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting

8  Plaintiffs' rights under the Copyright Act.

9

10    Without such discovery, Plaintiffs cannot identify the Doe Defendants, and thus

11  cannot pursue their lawsuit to protect their copyrighted works from repetitive, rampant

12  infringement.

13

14  Dated: May 27, 2005                                    _____
                                                          United States District Judge

Shook, Hardy & Bacon L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Shook,
Hardy &
Bacon L.L.P.
www.shb.com

2

78520v2

[PROPOSED] ORDER GRANTING PLAINTIFFS'
APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. Case No. 05-CV-00682 AWI LJO