SHEILA M. SALOMON (SBN 164619)
ANDREW L. CHANG (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    (415) 544-1900
Facsimile:    (415) 391-0281
ssalomon@shb.com
achang@shb.com

Attorneys for Plaintiffs
ARISTA RECORDS LLC; CAPITOL RECORDS,
INC.; VIRGIN RECORDS AMERICA, INC.;
SONY BMG MUSIC ENTERTAINMENT;
INTERSCOPE RECORDS; UMG RECORDINGS,
INC.; ELEKTRA ENTERTAINMENT GROUP
INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>DOES 1-4,<br><br>            Defendants. | CASE NO. 05-CV-00682 AWI LJO<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Plaintiffs have filed an Ex Parte Application to Continue the Status (Pretrial Scheduling) Conference.  Upon consideration of all the papers filed in connection therewith and good cause showing therefore, it is hereby ordered that the initial scheduling conference previously set for August 30, 2005 is continued to October 31, 2005 at 8:45 a.m.

IT IS SO ORDERED.

**Dated:**   **August 24, 2005**                             /s/ Lawrence J. O'Neill
b9ed48                                            UNITED STATES MAGISTRATE JUDGE